UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MADISON LYNN HANSON, | Case No.: _____ |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| GOLDMAN SACHS & CO., LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Goldman Sachs Bank USA ("GS Bank"), erroneously sued as Goldman Sachs & Co., LLC, hereby removes the action titled *Madison Lynn Hanson v. Goldman Sachs & Co., LLC* from the North Dakota District Court in and for the East Central Judicial District (the "Action") to the United States District Court for the District of North Dakota. The Action may be removed because Plaintiff's claims present a federal question.

1. <u>Removal Is Timely</u>. Plaintiff Madison Lynn Hanson ("Plaintiff") served Goldman Sachs & Co., LLC with process in this matter on December 2, 2025. GS Bank has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of service of the Complaint. Insofar as the Action was not filed, and pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings in the Action that were served upon GS Bank are attached hereto as **Exhibit A**.

2. <u>This Court Has Federal Question Jurisdiction Over the Action</u>. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331

and is one that GS Bank may remove to this Court pursuant to 28 U.S.C. § 1441.  Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  Stated differently, claims "arise under" federal law when a "well-pleaded complaint establishes . . . that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law, in that federal law is a necessary element of one of the well-pleaded . . . claims."  <u>Christianson v. Colt Indus. Operating Corp.</u>, 486 U.S. 800, 808 (1988) (quoting <u>Franchise Tax Bd. of California v. Construction Laborers Vacation Trust</u>, 463 U.S. 1, 27–28 (1983)) (internal quotation marks and citations omitted).  Plaintiff alleges that GS Bank violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, <u>et seq.</u> (the "FCRA"), which is a claim arising under the laws of the United States and subject to this Court's removal jurisdiction under 28 U.S.C. §§ 1331 and 1441(a).

3.  <u>No Consent Is Necessary</u>.  GS Bank is the only named defendant in the Action.  Accordingly, consent of removal is not necessary, and removal is proper, pursuant to 28 U.S.C. § 1446(a) & (b).

4.  <u>Venue Is Proper In This Court</u>.  This is the proper district court for removal because the North Dakota District Court in and for the East Central Judicial District, is located within the jurisdiction and venue of the United States District Court for North Dakota.  <u>See</u> 28 U.S.C. § 1441(a).

5.  <u>Notice Will Be Effected</u>.  Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served on Plaintiff, the only adverse party, simultaneously with this filing.

Additionally, a duplicate copy of this Notice of Removal, with exhibits, will be filed in the Action in state court. By filing a Notice of Removal, GS Bank does not waive any arguments, defenses, affirmative defenses, or rights, all of which are hereby specifically reserved.

Dated:  December 30, 2025

Respectfully Submitted,

LIND, JENSEN, SULLIVAN & PETERSON,
A PROFESSIONAL ASSOCIATION

/s/Thomas D. Jensen
Jason R. Prochnow, ND Bar No. 08086
Thomas D. Jensen, ND Bar No. 05680
Benjamin J. Lorentz, ND Bar No. 09979
901 Marquette Avenue, Suite 1900
Minneapolis, MN  55402
(612) 333-3637
Jason.prochnow@lindjensen.com
Thomas.jensen@lindjensen.com
Benjamin.lorentz@lindjensen.com

Attorneys for Defendant Goldman Sachs Bank USA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, the foregoing Notice of Removal and Exhibits were filed via the ECF system and will be subsequently served via U.S. mail and email on the following:

>MINNDAK LAW, PLLC
>Catrina Smith
>625 Main Ave, Suite 152
>Moorhead, MN 56560
>csmith@minndaklaw.com
>
>*Attorneys for Plaintiff*

Dated:  December 30, 2025

/s/Thomas D. Jensen